UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: Eliel Gonzalez De Jesús
Madelyn Alvarado Santos
DEBTOR(S)

BK. CASE # 13-368
CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: ___
☑ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 8/21/2013
FILED BY ☑ DEBTOR ☐ TRUSTEE ☐ OTHER

### I. PAYMENT PLAN SCHEDULE

$ 200.- x 15 = $3,000.-
$ 600.- x 45 = $27,000.-
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
TOTAL = $30,000-

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from
☐ Sale of property identified as follows: _____

☐ Other: _____

Periodic Payments to be made other than, and in addition to the above.
$_____ x _____ = _____

PROPOSED BASE: $ 30,000 -

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)
a. Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2661.-
b. Additional Fees: $ _____
c. Adjusted Balance: $ _____

Signed: b/ Eliel Gonzalez de Jesús
DEBTOR

b/ Madelyn Alvarado Santos
JOINT DEBTOR

### II DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS CR _____ $ _____
B. SECURED CLAIMS.
  ☐ Debtor represents no secured claims.
  ☑ Creditors having secured claims will retain their liens and shall be paid as follows:
  1. ☑ Trustee pays secured ARREARS:
     Cr. DORAL    Cr. _____    Cr. _____
     # 2713       # _____      # _____
     $ 435-       $ _____      $ _____
     Claim # 5
  2. ☐ Trustee pays IN FULL Secured Claims
     Cr. _____   Cr. _____    Cr. _____
     # _____    # _____      # _____
  3. ☐ Trustee pays VALUE OF COLLATERAL
     Cr. _____   Cr. _____    Cr. _____
     # _____    # _____      # _____
     $ _____    $ _____      $ _____
  4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: _____
  5. ☐ OTHER: _____
  6. ☑ Debtor Otherwise maintains regular payments directly to:
     DORAL Mortgage, VAPR Credit Union (auto)

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
   IRS    (11 U.S.C. § 507 and § 1322 (a)(2))

D. UNSECURED CLAIMS. Plan ☐ Classifies ☑ Does not Classify Claims.
  1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
     ☐ Paid 100% / ☐ Other: _____
     Cr. _____   Cr. _____    Cr. _____
     # _____    # _____      # _____
  (b) ☐ Other: _____

  ② Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)
Lift of stay in favor of creditor DORAL BANK in relation to claims # 8 + 13 (loan #'s 9964 + 9965)
Debtor surrenders shares to VAPR Federal Credit Union claim # 2-1.

ATTORNEY FOR DEBTOR: MAMurphy, Esq    Phone: 787-263-2377

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

Eliel Gonzalez De Jesús
Madelyn Alvarado Santos
DEBTOR(S)

BK. CASE # 13-368

CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 8/21/2013
FILED BY ☑ DEBTOR ☐ TRUSTEE ☐ OTHER

### I. PAYMENT PLAN SCHEDULE

$ 200 x 15 = $3,000
$ 600 x 45 = $27,000
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
TOTAL = $30,000

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from
☐ Sale of property identified as follows:
_____

☐ Other: _____

Periodic Payments to be made other than, and in addition to the above.
$ ___ x ___ = ___

PROPOSED BASE: $ 30,000

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)
a. Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2661
b. Additional Fees: $ ___
c. Adjusted Balance $ ___

Signed: b/ Eliel González de Jesús
DEBTOR

b/ Madelyn Alvarado Santos
JOINT DEBTOR

### II DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS CR ___ $ ___
B. SECURED CLAIMS.
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. DORAL  Cr. ___  Cr. ___
# 2713  #  #
$ 435  $  $
Claim # 5

2. ☐ Trustee pays IN FULL Secured Claims
Cr. ___ Cr. ___ Cr. ___
# # #

3. ☐ Trustee pays VALUE OF COLLATERAL
Cr. ___ Cr. ___ Cr. ___
# # #
$ $ $

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: ___

5. ☐ OTHER: ___

6. ☑ Debtor Otherwise maintains regular payments directly to:
DORAL Mortgage, VAPR credit union (auto)

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
IRS (11 U.S.C. § 507 and § 1322 (a)(2)

D. UNSECURED CLAIMS. Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___ Cr. ___ Cr. ___
# # #
(b) ☐ Other: ___

②. Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)
Lift of stay in favor of creditor DORAL BANK in relation to claims # 8 + 13 (loan #'s 9964 + 9965). Debtor surrenders shares to VAPR Federal Credit Union claim # 2-1.

ATTORNEY FOR DEBTOR: MAMurphy, Esq  Phone: 787-263-2377